# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAUL R. HARDESTY  
405 CONSTITUTION DRIVE SW     SSN-xxx-xx-9489  
POPLAR GROVE, IL 61065

Case Number: 06-70532

Case filed on: 4/4/2006  
Plan Confirmed on: 6/27/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,779.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,603.42 | 3,603.42 | 3,603.42 | 0.00 |
|  | Total Legal | 3,603.42 | 3,603.42 | 3,603.42 | 0.00 |
| 002 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COLLECTECH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SAMS CLUB / GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PAUL R. HARDESTY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DELL FINANCIAL SERVICES LP | 982.82 | 982.82 | 982.82 | 8.04 |
| 003 | WELLS FARGO BANK NA | 4,689.18 | 4,500.00 | 2,149.32 | 0.00 |
|  | Total Secured | 5,672.00 | 5,482.82 | 3,132.14 | 8.04 |
| 001 | DELL FINANCIAL SERVICES LP | 1,558.40 | 1,558.40 | 801.32 | 0.00 |
| 004 | FIRST BANKCARD CENTER | 1,356.55 | 1,356.55 | 697.53 | 0.00 |
| 005 | AQUA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASPIRE VISA | 2,168.92 | 2,168.92 | 1,115.24 | 0.00 |
| 007 | CAPITAL ONE | 1,532.34 | 1,532.34 | 787.92 | 0.00 |
| 008 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CORPORATE AMERICA CREDIT UNION | 1,946.77 | 1,946.77 | 1,001.02 | 0.00 |
| 011 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 813.82 | 813.82 | 418.46 | 0.00 |
| 014 | MARATHON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 1,013.61 | 1,013.61 | 521.19 | 0.00 |
| 016 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PHILLIPS 66 | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 1,437.39 | 1,437.39 | 739.09 | 0.00 |
| 022 | LVNV FUNDING LLC | 1,553.48 | 1,553.48 | 798.79 | 0.00 |
| 023 | THOMAS DUDGEON, PHD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WILDA SANDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | AFNI/VERIZON | 536.68 | 536.68 | 275.93 | 0.00 |
|  | Total Unsecured | 13,917.96 | 13,917.96 | 7,156.49 | 0.00 |
|  | Grand Total: | 23,193.38 | 23,004.20 | 13,892.05 | 8.04 |

Total Paid Claimant:     $13,900.09  
Trustee Allowance:       $878.91  
Percent Paid Unsecured:  51.42

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008	By  /s/Heather M. Fagan